Printed: 01/10/11 03:34 PM

# Claims Distribution Small Checks

**Case:** 07-60499-SDG - SCHRADER, DANIEL
**Trustee:** DOUGLAS J. WOLINSKY (650017)

Page: 1

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| xx000230477466 | 119 | 07/06/10 | 3 | 11/08/06 | 610 | United States Bankruptcy Court | | | Check Amount: | $3.05 |
| | | | | Payee: | | CHARMING SHOPPES/FASHION BUG FIRST EXPRESS PO BOX 856021 LOUISVILLE, KY 40285 | 168.81 | 168.81 | 3.08 | 3.05 |
| xx000230477466 | 121 | 01/10/11 | 2 | 11/06/06 | 610 | United States Bankruptcy Court | | | Check Amount: | $15.01 |
| | | | | Payee: | | DISCOVER BANK DISCOVER FINANCIAL SERVICES PO BOX 3025 NEW ALBANY, OH 43054-3025 | 4,493.24 | 4,493.24 | 81.91 | 0.69 |
| | | | 3 | 11/08/06 | 610 | CHARMING SHOPPES/FASHION BUG FIRST EXPRESS PO BOX 856021 LOUISVILLE, KY 40285 | 168.81 | 168.81 | 3.08 | 0.03 |
| | | | 4 | 11/09/06 | 610 | ECAST SETTLEMENT CORPORATION POB 35480,NEWARK NJ 07193-5480 | 1,475.54 | 1,475.54 | 26.90 | 0.23 |
| | | | 5 | 11/13/06 | 610 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS, GA 30091 | 12,999.13 | 12,999.13 | 236.96 | 2.00 |
| | | | 8 | 02/05/07 | 610 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA NA / HSBC CARD SERVICES III,POB 35480 NEWARK, NJ 07193-5480 | 1,773.53 | 1,773.53 | 32.33 | 0.27 |
| | | | 9 | 02/05/07 | 610 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF BANK OF AMERICA/FIA CARD SERVICES FORMERLY MBNA,POB 35480 NEWARK, NJ 07193-5480 | 9,159.19 | 9,159.19 | 166.96 | 1.41 |

(*) Denotes objection to Amount Filed

RECEIVED 2011 JAN 14 PM 2:13 CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA

Receipt # 6110011

# Claims Distribution Small Checks

**Case:** 07-60499-SDG - SCHRADER, DANIEL

**Trustee:** DOUGLAS J. WOLINSKY (650017)

| Account No. Claim No. | Check No. Issued Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|
| 10-2 | 02/05/07 | 610 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF BANK OF AMERICA/FIA CARD SERVICES FORMERLY MBNA, POB 35480 NEWARK, NJ 07193-5480 | 17,382.48 | 17,382.48 | 316.87 | 2.68 |
| 11 | 02/08/07 | 610 | B-REAL, LLC/CHASE BANK USA, N.A. MAIL STOP 550 2101 FOURTH AVE., SUITE 1030, SEATTLE, WA, 98121 | 11,392.07 | 11,392.07 | 207.67 | 1.76 |
| 12 | 02/20/07 | 610 | NORTHEAST VERIZON WIRELESS AFNI/VERIZON WIRELESS 404 BROCK DRIVE BLOOMINGTON, IL 61701 | 276.84 | 276.84 | 5.05 | 0.05 |
| 13 | 02/22/07 | 610 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HOUSEHOLD BANK P.O. BOX 7247-6971 PHILADELPHIA, PA 19170-6971 | 5,386.45 | 5,386.45 | 98.19 | 0.83 |
| 14-3 | 03/01/07 | 610 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO BANK OF AMERICA NA USA POB 35480 NEWARK, NJ 07193-5480 | 8,176.38 | 8,176.38 | 149.05 | 1.26 |
| 15-2 | 03/01/07 | 610 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO BANK OF AMERICA NA USA POB 35480 NEWARK, NJ 07193-5480 | 3,392.86 | 3,392.86 | 61.85 | 0.52 |
| 16-2 | 03/01/07 | 610 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO BANK OF AMERICA NA USA POB 35480 NEWARK, NJ 07193-5480 | 5,342.38 | 5,342.38 | 97.39 | 0.83 |

(*) Denotes objection to Amount Filed

Printed: 01/10/11 03:34 PM

# Claims Distribution Small Checks

Page: 3

Case: 07-60499-SDG - SCHRADER, DANIEL

Trustee: DOUGLAS J. WOLINSKY (650017)

| Account No. | Claim No. | Check No. Issued | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | 17 | | 09/05/07 | 610 | B-REAL, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | 11,392.07 | 11,392.07 | 207.67 | 1.76 |
| | 18 | | 09/25/07 | 610 | DISCOVER BANK/DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 4,493.24 | 4,493.24 | 81.91 | 0.69 |

(*) Denotes objection to Amount Filed