

**PRIMMER PIPER EGGLESTON & CRAMER** PC

*Attorneys at Law*

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET  P.O. BOX 1489  BURLINGTON, VT 05402

January 10, 2011

Diann M. Freeman
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, NY 13501

Re:   Daniel & Darlene Schrader – Case No. 07-60499

Dear Diann:

    Enclosed please find check number 120 in the amount of $49.39, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount | Claimant address |
|---|---|---|---|
| 6 | 107 | $49.39 | Bank of America, NA<br>Attn: Mr. M-BK<br>PO Box 53160<br>Phoenix, AZ 85072-3160 |

    Thank you for your assistance in this matter.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-06383\Doc #20

Burlington, Vermont ♦ Montpelier, Vermont ♦ St. Johnsbury, Vermont ♦ Littleton, New Hampshire
www.ppeclaw.com